**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUDHAN THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINCULUM GROUP LIMITED, et al.,<br><br>　　　　Defendants. | Civil Action No.: 15-3194 (CCC-JBC)<br><br>**ORDER** |

**CECCHI, District Judge.**

　　This matter comes before the Court on a motion of Defendants Vinculum Group Limited and Annajee Nott (collectively, "Defendants") to dismiss Plaintiff Sudhan Thomas's ("Plaintiff") Complaint for lack of personal jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(2). (ECF No. 7.) Plaintiff opposed this motion. (ECF No. 11.) On August 4, 2015, Magistrate Judge Clark issued a Report and Recommendation ("R&R"), recommending Plaintiff's Complaint be dismissed. Plaintiff filed objections to Judge Clark's R&R on August 17, 2015 (ECF No. 15) and Defendants filed a response to Plaintiff's objections on September 1, 2015. (ECF No. 16.) The Court decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78. For the reasons set forth in the accompanying Opinion;

　　**IT IS** on this 23rd day of December, 2015

　　**ORDERED** that this Court adopts Judge Clark's August 4, 2015 Report and Recommendation; and it is further

　　**ORDERED** that Defendants' motion to dismiss (ECF No. 7) is **GRANTED**; and it is further

1

**ORDERED** that the Complaint is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that, to the extent the deficiencies set forth by the Court can be cured, Plaintiff is granted thirty (30) days to file an amended complaint; and it is further

**ORDERED** that the Clerk shall close the file in this matter.

**SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.